AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Rhode Island

UNITED STATES OF AMERICA
V.
CARLOS RENIERY CUBAS MEZA

## WARRANT FOR ARREST

Case Number: 1:06M78M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carlos Reniery Cubas Meza
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

illegal re-entry after having been previously deported from the United States

in violation of Title 8 United States Code, Section(s) 1326(a)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

8/16/06 Providence, RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Suffolk Cty Jail by ICE | | |
| DATE RECEIVED 8/16/2006 | NAME AND TITLE OF ARRESTING OFFICER CT Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 8/21/2006 | | |