IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. No. | CR 06-94S |
| | ) In Violation of 8 U.S.C. | |
| | ) § 1326(a) | |
| CARLOS RENIERY CUBAS MEZA | ) | |
| a/k/a Carlos Cubas, | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about August 2, 2006, Defendant CARLOS RENIERY CUBAS MEZA, a/k/a Carlos Cubas, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. § 1326(a).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden
KENNETH P. MADDEN
Assistant U.S. Attorney

Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney

30 Aug 06
DATE