CR06-94S

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [X] INFORMATION [ ] INDICTMENT [ ] COMPLAINT

CASE NO. ____________

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added

[ ] Indictment [ ] Charges/Counts Added

[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

[X] U.S. Atty [ ] Other U.S. Agency

Phone No. ____________

Name of Asst. U.S. Attorney (if assigned): STEPHANIE S. BROWNE

USA vs.

Defendant: Carlose Reniery Cubas Meza

Address:

[ ] Interpreter Required Dialect: ____________

Birth Date ____________

[X] Male [ ] Female

[ ] Alien (if applicable)

Social Security Number ____________

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Immigration & Customs Enforcement

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Atty [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[X] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06M78M

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: [ ] Warrant [ ] Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

[X] Currently in Federal Custody

[ ] Currently in State Custody

[ ] Writ Required

[ ] Currently on bond

[ ] Fugitive

Defense Counsel (if any): ____________

[ ] FPD [ ] CJA [ ] RET'D

[ ] Appointed on Target Letter

[X] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 8 USC Sec. 1326(a) | ILLEGAL RE-ENTRY INTO THE UNITED STATES BY A | [X] Felony [ ] Misdemeanor |
| | PENALTIES: 2 years imprisonment; a fine of | PREVIOUSLY DEPORTED ALIEN. | [ ] Felony [ ] Misdemeanor |
| | $250,000; a term of supervised release of | | [ ] Felony [ ] Misdemeanor |
| | 1 year; mandatory special assessment of | | [ ] Felony [ ] Misdemeanor |
| | $100 | ESTMATED TRIAL DAYS: 2-3 | [ ] Felony [ ] Misdemeanor |