O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
AUG 31 2006
Property of U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CARLOS RENIERY CUBAS MEZA
a/k/a Carlos Cubas

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06-94S

I, Carlos Reniery Cubas Meza, a/k/a Carlos Cubas, the above named defendant, who is accused of

having been previously deported from the United States, knowing entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-6-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Carlos R. Cubas
CARLOS RENIERY CUBAS MEZA
Defendant

KEVIN J. FITZGERALD, ESQUIRE
Counsel for Defendant

Before David L Martin
Judicial Officer
USMJ