UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0094T |
| | ) | |
| CARLOS CUBAS MEZA | ) | |

---

# MOTION TO EXPEDITE SENTENCING

Now comes the defendant Carlos Cubas Meza, by and through his counsel, and moves this Honorable Court to expedite the sentencing in this matter to the earliest possible date. Sentencing is currently scheduled for December 1, 2006. In support of this motion counsel states that Mr. Meza's presentence report has been completed and is acceptable to the defendant. The advisory guideline range is 0 to 6 months of incarceration, and Mr. Meza has been in custody for approximately three months. Additionally, the government is bound by the plea agreement to recommend the low end of the guideline range, which, under these circumstances, would be time served. The Government has no objection to this request.

Respectfully submitted
Carlos Cubas Meza
By his attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, and hand-delivered to Dennis Jenkins, United States Probation Officer, on November 3, 2006.

/s/ Kevin J. Fitzgerald